UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADHA A. OBADI, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>    Defendants. | Case No. 1:24-cv-01011-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF SADAF F. AHMED TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 2) |

The Court has considered the application of Sadaf F. Ahmed, attorney for Wadha A. Obadi, Ezzaddin Ali Al-Muntaser, Shehab Al-Muntaser, and Shuhd Al-Muntaser, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Doc. 2).

In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **August 27, 2024**

UNITED STATES MAGISTRATE JUDGE